325 So.2d 546

**In re Johnny DAVIS**

**v.**

**STATE.**

**Ex parte Johnny Davis.**

**SC 1585.**

Supreme Court of Alabama.

Jan. 22, 1976.

Robert W. Dick, Montgomery, for petitioner.

None for the State.

SHORES, Justice.

Petition of Johnny Davis for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Davis v. State*, 57 Ala.App. 27, 325 So.2d 543.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.

judgment and decision of that Court in *DeGruy v. State*, 56 Ala.App. 521, 323 So.2d 406.

Writ denied.

MERRILL, FAULKNER, JONES, SHORES and EMBRY, JJ., concur.

BLOODWORTH, MADDOX and ALMON, JJ., dissent.